**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JEAN PRESUME,

                    **Plaintiff,**

     v.

 JOSH PACKAGING, INC., ABE GOLSH, and
 NEJAT RAHMANI,

                    **Defendants.**
-----------------------------------------------------------------X

Case No.: 19-cv-06612 (BMC)

**STIPULATION OF**
<u>**DISCONTINUANCE**</u>

**IT IS HEREBY STIPULATED** that this action has been discontinued and is hereby dismissed with prejudice, without fees or costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
        May 15, 2020

| For the Plaintiff: | For the Defendants: |
|---|---|
| RICOTTA & MARKS, P.C. | MILMAN LABUDA LAW GROUP PLLC |
| By: /s/ _____ <br>     Thomas Ricotta, Esq. <br>     31-10 37th Avenue, Suite 401 <br>     Long Island City, New York 11101 <br>     (347) 464-8694 | By: /s/ _____ <br>     Joseph M. Labuda, Esq. <br>     Matthew A. Brown, Esq. <br>     3000 Marcus Avenue, Ste. 3W8 <br>     Lake Success, New York 11042 <br>     (516) 328-8899 |