UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEAN PRESUME,

                                                                JUDGMENT

                       Plaintiff,                           19 CV 6612 (BMC)

  v.

JOSH PACKAGING, INC., ABE GOLSH,
and NEJAT RAHMANI,

                       Defendants.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 3, 2020;

and an Order of Honorable Brian M. Cogan, United States District Judge, directing the Clerk of

Court to enter judgment and close the case; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff in the amount of

$10,000.00 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiff in

litigating his FLSA claims to the date of this offer.

Dated: Brooklyn, New York                          Douglas C. Palmer
       June 4, 2020                             Clerk of Court

                                   By:     */s/Jalitza Poveda*
                                         Deputy Clerk