UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JEAN PRESUME,

                    **Plaintiff,**

    v.

JOSH PACKAGING, INC., ABE GOLSH, and
NEJAT RAHMANI,

                    **Defendants.**
-----------------------------------------------------------------X

Case No.: 19-cv-06612 (BMC)

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered on June 4, 2020 in favor of Plaintiff and against Defendants in the amount of $10,000 inclusive of all attorneys' fees and costs; and

WHEREAS, the parties have reached a resolution of the judgment; now,

THEREFORE, the Defendants' liability under the judgment has been satisfied and the Clerk is hereby authorized and directed to cancel and discharge same as against Defendants.

Dated: December 9, 2020
       Long Island City, New York

Respectfully submitted,

RICOTTA & MARKS, P.C.
Attorneys for Plaintiff

_____
Thomas Ricotta
31-10 37th Avenue, Suite 401
Long Island City, New York 11101
(347) 464-8694